■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY GONZALEZ, Appellant. [877 NYS2d 228]—Judgments, Supreme Court, New York County (Bonnie Wittner, J.), rendered on or about April 27, 2007, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Nardelli, McGuire, Acosta and DeGrasse, JJ.